IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERNIE MORROW, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| DALLAS COUNTY JAIL FACILITY, | ) ) |
| Defendant. | ) Civil Action No. 3:19-CV-1510-C-BT |

## **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Plaintiff's Complaint, and all claims therein, should be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Complaint is hereby **DISMISSED** without prejudice for want of prosecution.

SO ORDERED this 12th day of August, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE